# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL J. COATS,

        Plaintiff,

vs.

GENERAL MOTORS CORPORATION,

        Defendant.      /

CIVIL NO. 07-10321

DISTRICT JUDGE NANCY G. EDMUNDS

MAGISTRATE JUDGE MONA K. MAJZOUB

## AMENDED SCHEDULING ORDER

This matter comes before the Court on Plaintiff's Objections to this Court's Order dated January 8, 2008 (docket no. 17). (Docket no. 19). This Court's Order was entered after the Court scheduled a hearing on Defendant's Motion to Compel Discovery for January 7, 2008, and Plaintiff failed to appear for the hearing. Plaintiff failed to notify either counsel or the Court that he would not attend the hearing. Plaintiff also failed to file a written response to Defendant's motion. In his January 18, 2008 Objections, Plaintiff specifically objects to the January 16, 2008 deadline the Court set for answering Defendant's discovery requests. Plaintiff requests that the Court allow him until January 28, 2008 to respond to Defendant's discovery requests. For good cause shown, the Court will grant this extension of time for Plaintiff to respond to Defendant's discovery requests.

**IT IS THEREFORE ORDERED** that Plaintiff respond to Defendant's First Set of Interrogatories and to Defendant's First Set of Requests for Production of Documents fully and completely and without objections on or before January 28, 2008.

**IT IS FURTHER ORDERED** that the applicable deadlines in this action are amended as follows:

Discovery Cut off for Defendant Only:          March 24, 2008

Dispositive Motions filed by:                  April 24, 2008

Final Pretrial Order Due:                      May 24, 2008


### NOTICE FO THE PARTIES

Pursuant to Fed.R.Civ.P.72(a), the parties have a period of ten days for the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).


Dated: January 28, 2008         s/ Mona K. Majzoub
                                MONA K. MAJZOUB
                                UNITED STATES MAGISTRATE JUDGE


### PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Michael Coats and Counsel of Record on this date.

Dated: January 28, 2008         s/ Lisa C. Bartlett
                                Courtroom Deputy